

**Heath Law**
PLLC.

Ryan L. Heath, Esq. (036276)
**HEATH LAW, PLLC**
16427 N. Scottsdale Rd, Suite 370
Scottsdale, AZ 85254
Phone: 480-432-0208
ryan.heath@heathlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shai Segui and Does 1-100<br><br>    Plaintiffs,<br><br>  v.<br>Stephanie Stromfors, in her personal capacity; Diana Vigil, in her personal capacity; Randy Rand, in his personal capacity; Julie Verner, in her personal capacity; Yvonne Parnell, in her personal capacity; Dr. Raymond Branton, in his personal capacity; Donna Moniz, in her personal capacity; Building Family Bridges, in its official capacity; Unidentified Employees, Agents, Contractors, and Owners of Building Family Bridges; and Does 1-100,<br>    Defendants. | Case No.: 2:24-CV-01171-DMF<br><br>**PLAINTIFF'S NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT**<br><br>(Assigned to the Honorable David G. Campbell) |

Shai Segui, Plaintiff, by and through undersigned counsel, hereby provides notice to the Court and parties of the filing of his First Amended Complaint, which is attached hereto as Exhibit 1 (with changes underlined and stricken through).

**RESPECTFULLY SUBMITTED** this 26th day of July, 2024.



Heath Law
PLLC.

By:   /s/ RYAN L. HEATH
Ryan L. Heath, Esq. (036276)
Heath Law, PLLC
16427 N. Scottsdale Rd., Suite 370
Scottsdale, Arizona 85254
(480) 432-0208
ryan.heath@heathlaw.com

*Attorney for Plaintiff*



Heath Law
PLLC.

# CERTIFICATE OF SERVICE

ORIGINAL of the foregoing (including Exhibits) e-filed and e-served and COPIES e-mailed to the following this 26th day of July 2024:

Petra L. Emerson
Sean P. Healy
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Ave., Suite 1700
Phoenix, Arizona 85012
petra.emerson@lewisbrisbois.com
sean.healy@lewisbrisbois.com
*Attorneys for Defendant Diana Vigil*

Sitar Bhatt
James Brewer
**TYSON & MENDES, LLP**
7910 E. Thompson Peak Parkway, Suite 101
Scottsdale, Arizona 85255
sbhatt@tysonmendes.com
jbrewer@tysonmendes.com
*Attorneys for Stephanie Stromfors*

J. Arthur Eaves
Robert O. Beardsley
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
artie.eaves@sanderspark.com
robert.beardsley@sanderspark.com
*Attorneys for Raymond Branton*

Cortnee Rushlow
**PHILADELPHIA INSURANCE COMPANIES**
P.O. Box 950
Bala Cynwyd, PA 19004
Cortnee.Rushlow@phly.com
*Claims Specialist for Julie Verner*

By:   /s/ RYAN L. HEATH