

# EXHIBIT B

---

480-432-0208 | info@heathlaw.com
16427 N. Scottsdale Road, Suite 370
Scottsdale, AZ 85254

Clerk of the Superior Court
*** Filed ***
11/13/2020 [signature]

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2015-004537                                11/12/2020

HONORABLE BRADLEY ASTROWSKY              CLERK OF THE COURT
                                                                 J. Coronado Guillen
                                                                        Deputy

IN RE THE MATTER OF
DAVID V SEGUI                                 JOSHUA ANTHONY BARREDA

AND

DONNA MONIZ                                   GREGG R WOODNICK

                                                               DOCKET-FAMILY COURT CCC
                                                               JUDGE ASTROWSKY
                                                               STEPHANIE STROMFORS
                                                               3200 N. DOBSON RD.,
                                                               STE D-1
                                                               CHANDLER AZ 85224

**NOTICE TO PETITIONER/RESPONDENT:** If you have a protected address, you must contact the person appointed below and provide contact information within 10 days of the date of this minute entry.

### APPOINTMENT OF BEST INTERESTS ATTORNEY FOR CHILDREN

    **IT IS ORDERED** appointing Stephanie Stromfors, (480) 237-1276as a Best Interests Attorney to represent the best interests of the children. According to Rule 10, Arizona Rules of Family Law Procedure effective January 1, 2019, Best Interests Attorney shall participate in the conduct of the litigation to the same extent as an attorney for any party. The Best Interests Attorney shall attend all hearings and participate in trials or evidentiary hearings by offering evidence, examining witnesses, etc. The Best Interests Attorney shall not submit a report or testify in court. The Best Interests Attorney shall attend all court hearings concerning the children unless excused

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2015-004537                                                      11/12/2020

by the Court upon written motion, and shall participate in the conduct of litigation to the extent authorized by Rule 10.

**IT IS FURTHER ORDERED** that this appointment shall continue until the entry of a Decree, Order or Judgment that fully adjudicates all pending legal decision-making and parenting time issues unless the Best Interests Attorney is earlier released by the Court.

**IT IS FURTHER ORDERED** Best Interests Attorney shall have authority to:

a) Meet with the children at any location where the children may be located;

b) Meet and interview the parents, spouses, significant others, and all adults living in the household;

c) Visit the home(s) of the parents to determine if the environments are appropriate for the children;

d) Investigate and review both parents', their spouses' and significant others' backgrounds with regard to criminal arrests and convictions;

e) Determine if drug testing by either or both parents is needed;

f) Review the children's school/daycare records, Parenting Skills records, and any psychological evaluations, and counseling records, if the evaluations and counseling record release is authorized by the parent;

g) Visit and interview the children's daycare provider; and

h) Review law enforcement, court, or Department of Child Safety reports concerning the children.

**IT IS ORDERED** that any and all day care, parenting time supervisors, schools, school districts and personnel thereof shall fully cooperate with the Best Interests Attorney representing the children in this action by allowing the Best Interests Attorney to interview the children and allowing access to all educational records of the children, including but not limited to records pertaining to day care/school attendance, behavior, academic progress, and psychological evaluations, and shall discuss the contents and meaning thereof with him/her.

The Professional may seek information and records that are the result of a privileged or confidential relationship. At the request of the Professional, each Party should execute any and all

Docket Code 230                          Form D230                              Page 2

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

FC 2015-004537                                                          11/12/2020

authorizations, releases or consents necessary so as to authorize the Professional's access to the information contemplated herein above. If a Party refuses or otherwise fails to provide requested authorizations, releases or consents to the Professional, the Court may draw a negative inference against the Party when determining issues related to parenting time or legal decision making.

**IT IS FURTHER ORDERED** that any and all police department, sheriffs' department, law enforcement agencies, and personnel thereof shall fully cooperate with the Best Interests Attorney representing the children in this matter by allowing access to all police/sheriff/law enforcement records and reports of the children's parents, stepparents, or significant others of the parents, including but not limited to records pertaining to arrests, convictions, and narrative reports.

**IT IS FURTHER ORDERED** that Department of Child Safety, the Department of Economic Security, the Department of Health Services and personnel thereof shall fully cooperate with the Best Interests Attorney representing the children in this matter by allowing access to all records and reports of the children, children's parents, stepparents, or significant others of the parents, including but not limited to records pertaining to sexual abuse, parenting skills, behavior, psychological/psychiatric evaluations, and allegations of child abuse, sexual abuse and neglect.

**IT IS FURTHER ORDERED** the Petitioner shall be responsible for and pay 50 % of the Best Interests Attorney's fees, and the Respondent shall be responsible for and pay 50 % of the Best Interest Attorney's fees, until further order of the Court. All fees shall be paid in advance as determined by the Best Interests Attorney. The Best Interests Attorney shall keep accurate records of services rendered and fees paid by each party.

**IT IS FURTHER ORDERED** signing this minute entry as a formal order of this Court.

*/s/ Honorable Brad Astrowsky*
HONORABLE BRAD ASTROWSKY
JUDGE OF THE SUPERIOR COURT

All parties representing themselves must keep the Court updated with address changes. A form may be downloaded at:
http://www.superiorcourt.maricopa.gov/SuperiorCourt/LawLibraryResourceCenter/