

# EXHIBIT C

---

480-432-0208 | info@heathlaw.com
16427 N. Scottsdale Road, Suite 370
Scottsdale, AZ 85254

Diana Vigil, L.P.C., R.P.T.
Counseling and Forensic Evaluations
7500 E. McDonald Drive, Suite 400A
Scottsdale, AZ 85250-6052
Telephone: (480) 946-0801
Email: dv@childtherapyaz.com

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA COUNTY**

| | |
|---|---|
| In Re the Matter of:<br><br>David A. Segui<br>      Petitioner,<br><br>and<br><br>Donna Moniz<br>      Respondent. | NO. FC2015-004537<br><br>Therapeutic Intervention Report<br><br>(Assigned to The Honorable Brad Astrowsky)<br>Dated 12/1/2020) |

Your Honor:

On 9/3/2020 this Licensed Professional Counselor was appointed as the Therapeutic Interventionist (TI) for the above referenced family. The parties have two minor children, Shai Segui (DOB 7/14/05) and ██████ (DOB ██████).

The following updates the Court:

- On 9/24/2020 this TI, having grave concerns for the emotional health and safety of both minor children, requested the Court appoint a Best Interest Attorney (BIA). Mother and Father agreed on the appointment of a BIA;

- The Court appointed Ms. Stephanie Stromfors as the BIA. On 11/30/2020 this TI teleconferenced with Ms. Stromfors. This TI and Ms. Stromfors will address the Court on 12/22/2020;

1

Diana Vigil, L.P.C., R.P.T.
FC2015-004537
Segui-Moniz
12/1/2020

- This TI has reviewed the following records and/or reports and/or consulted with the following professionals:
    - Dr. Lavit's *Summary of Comprehensive Evaluation,* dated 1/7/2018. Dr. Lavit opined if the intervention by Dr. Moran failed, the family is appropriate for an intensive program;
    - On 12/1/2020 this TI teleconferenced with Dr. Carlos Jones. Dr. Jones concurred the family is appropriate for an intensive program;
    - Mr. Covert's complete clinical file for both the minor children and telephonic consult. Mr. Covert concurred the family needs to participate in an intensive program;
    - On 11/17/2020 this TI had a telephonic with Dr. Sadeh. Dr. Sedah evaluated both children. Dr. Saheh is opposed to an intensive program and opined the children need individual trauma counseling;
    - On 11/19/2020 this TI had a telephonic with Ms. Julie Skakoon. Ms. Skakoon was the boys' counselor. At the outset of her involvement with the family, she opined the family was best served by participating in an intensive program;
    - On 11/11/2020 this TI had a Telephonic with Dr. Raymond Branton, who was the boys' psychologist. Dr. Branton said, "Every effort and intervention has been tried, I fully support the boys' going to "Building Family Bridges."
    - On 11/18/2020 Telephonic with Dr. Butler, was the Therapeutic Interventionist (TI). At the outset of the TI she concurred the family needed to participate in an intensive program;
    - This TI has a teleconference scheduled with Ms. Lewis-Thome, parenting coach,

2

Diana Vigil, L.P.C., R.P.T.
FC2015-004537
Segui-Moniz
12/1/2020

and has her records.

*This L.P.C. attests that she has met statutory and regulatory requirements for continuing education.*

**RESPECTFULLY SUBMITTED** this 1st Day of December, 2020 by:

*Diana Vigil, LPC RPT*
_____
**Diana Vigil, LPC, RPT**

Original of the foregoing email electronically
This 1st Day of December, 2020 to:

**THE HONORABLE BRAD ASTROWSKY**
Maricopa Superior Court
Donna.galligan@jbazmc.maricopa.gov

Gregg R. Woodnick
1747 East Morten Ave.
Suite 205
Phoenix, AZ 85020
gregg@woodnicklaw.com
*Counsel for Respondent/Mother*

Joshua Barreda
67 S. Higley Road
Suite 103-609
Gilbert, AZ 85296
J.Barreda@barredalaw.com
*Counsel for Petitioner/Father*

Stephanie Stromfors
3200 N Dobson Rd. #D1
Chandler, AZ 85224
BIA@stromforslawoffice.com
*Best Interest Attorney*

By: /s/ Tara Sullivan

3