

Heath Law
PLLC.

# EXHIBIT D

---

480-432-0208 | info@heathlaw.com
16427 N. Scottsdale Road, Suite 370
Scottsdale, AZ 85254



RANDY RAND, ED.D.

9452 TELEPHONE ROAD #219
VENTURA, CALIFORNIA 93004
EMAIL: randy@buildingfamilybridges.com

Statement of Costs & Expenses 12/29/2020

Administrative Services Director (ASD); ASD services, Intake assessment, orientation, and case management teleconsultations; collateral teleconsultations; document reviewing; document production; designation of workshop leaders; case conferencing and workshop arrangements: 12/01/20 to pre-FBW phase 01/05/21 - $4,000

**PAID - 12/14/20 - $500**
**Balance for ASD services = $3,500**

Family Bridges Workshop Costs

FBW Costs for Workshop Leader and ASD leader support & tech services over 5 days = $21,000
Per Diem expenses for two professionals = $600
Ground transportation travel time = $600
**Subtotal Balance = $22,200**

**PAID – 12/28/20 - Deposit reserving FBW time = - $5,000**
**Balance of FBW costs due prior to the start of the workshop = $17,200\***

**GRAND TOTAL for ASD services & FBW Costs & Expenses = $20,700**

\*services include up to four (4) hours post-FBW teleconsultation support; providing the Aftercare Professional (ACP) FBW's educational teaching and learning material for the ACP to carry out the aftercare protocol.

Sincerely, Randy Rand, Ed.D., Administrative Services Director
Building Family Bridges