

# EXHIBIT  G

**Subject:** found the challenge
**From:** "Randy Rand, Ed.D." <randy@docrand.com>
**Date:** 12/15/2011 9:02 PM
**To:** Christopher Lane <lanech@earthlink.net>

Mother and her family and friends are Mennonites, so it's a psychological totalistic exclusive group that is known for condoning child abuse. It's a double whammy, but we have had those before and have material for this exclusive group stuff. We have the knives and a note Laura wrote to the boys that their mother is with them. Will check in end of day 1 tomorrow. Check out www.rickross.com and then Mennonites, and if you didn't already know, this is the challenge to help them believe there is only one way out because of the law and exposing their mother and their group to outside scrutiny. This just means that custody won't change and they are under dad's custodial authority, and their mom will have to meet conditions to be able to have a monitored contact, which won't happen, but we let them know we try. Randy

--
Randy Rand, Ed.D.
Deirdre Rand, Ph.D.
P. O. Box 569
Mill Valley, CA 94942
phone: (415) 383-9586
fax:   (415) 383-9595
cell - (415) 286-0757
email: randy@docrand.com
OR randy@onyxmedia.com

--
NOTICE OF CONFIDENTIALITY
This email (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is confidential. This confidential transmission contains expert, doctor, and attorney privileged information intended only for the recipient(s) named above. Reading, disclosure, discussion, dissemination, distribution, or copying of this information by anyone other than the intended recipient or their legal agents is strictly prohibited. If you have received this in error, please notify Dr. Randy Rand by email and/or telephone, and delete this from your system - (415) 383-9586. Thank you.