**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shai Segui, | No. CV-24-01171-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Stephanie Stromfors; Diana Vigil; Randy Rand; Julie Verner; Yvonne Parnell; Dr. Raymond Branton; Donna Moniz; Building Family Bridges; and Intercontinental Hotel Group PLC, | |
| Defendants. | |

Plaintiff filed a complaint asserting civil rights and related claims against Defendants on May 20, 2024. Doc. 1. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff moves for an extension of time to serve Defendants Donna Moniz and Building Family Bridges. Doc. 35. The Court will grant the motion.

Under Rule 4(m), the plaintiff is required to serve process on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). But where the plaintiff shows good cause for failing to do so, the Court must extend the time for service for an appropriate period. *Id.*

Plaintiff is required to serve Defendants by August 18, 2024 – 90 days after the complaint was filed on May 20, 2024. *See* Fed. R. Civ. P. 4(m). Plaintiff has submitted affidavits of service indicating that he made multiple attempts to serve Defendant Moniz

at her home, but was unsuccessful each time.  Doc. 35-1.  Plaintiff also states that he attempted to serve Defendant Building Family Bridges, but inadvertently served the wrong entity with an identical name.  Doc. 35 at 1.  Plaintiff moves for a 30-day extension of the August 18 service deadline.  *Id.* at 2.

The Court finds that Plaintiff has shown good cause for an extension of time to complete service.  The Court therefore will grant Plaintiff's motion.

**IT IS ORDERED** that Plaintiff's motion for extension of time to serve (Doc. 35) is **granted**.  Plaintiff shall have until **September 17, 2024** to serve Defendants Moniz and Building Family Bridges.

Dated this 9th day of August, 2024.

David G. Campbell
Senior United States District Judge